Psj:2007R0000742

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2009 MAY 12  P 4:43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Crim. No. RDB-09-0263 |
| v. | * | (Conspiracy to Distribute |
| | * | Heroin, 21 U.S.C. §846) |
| DONTE DWAYNE SUMMERS | * | |
| NATHAN EUGENE BLUE | * | |
| LAVONYA L. MOODY | * | |

****oOo****

INDICTMENT

The Grand Jury for the District of Maryland charges:

On or about January 1, 2005, through on or about July 28, 2006, in the District of Maryland and elsewhere,

DONTE DWAYNE SUMMERS,
NATHAN EUGENE BLUE, and
LAVONYA L. MOODY

the defendants herein, did knowingly, intentionally and unlawfully combine, conspire and confederate with each other and with others known and unknown to the grand jury to knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing one (1) kilogram or more heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 846.

Rod J. Rosenstein /PSJ
Rod J. Rosenstein
United States Attorney for the
District of Maryland

**SIGNATURE REDACTED**

_____        5-12-2009
FOREPERSON                     DATE