IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No. RDB-09-0263

DONTE SUMMERS

*******

## CONTRIBUTION ORDER

Although counsel has been appointed to represent the defendant, it appears to the United States Magistrate Judge that the defendant may have sufficient resources to contribute financially toward the payment of counsel fees.

It is therefore required that court appointed counsel as well as counsel for the government bring this matter to the attention of the Judicial Officer at the time of conviction or acquittal. The Judicial Officer may request that the Probation Department investigate the defendant's financial resources and recommend whether the defendant should be required to pay any sum as a result of services rendered by court appointed counsel pursuant to the provisions of 18 U.S.C. 3006A(f).

_6-11-09_
Date

_BETH P. GESNER_
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (12/2000) Criminal Magistrate Forms: Miscellaneous 608