# EXHIBIT A

**U.S. Probation and Pretrial Services**
# MEMORANDUM

**DATE:** November 20, 2009

**TO:** The Honorable Richard D. Benntett
U.S. District Judge

**FROM:** Brian O'Connor
U.S. Pretrial Services Officer

**SUBJECT:** Nathan Eugene Blue
RDB 09-0263-2
NOTICE OF APPARENT VIOLATION AND REQUEST FOR BAIL REVIEW

## RELEASE STATUS

On August 17, 2009, the defendant appeared before the Honorable Susan K. Gauvey for an initial appearance, having been charged with: Conspiracy to Distribute Heroin in violation of 21 U.S.C. § 846, at which time he was held in detention pending a detention hearing. On August 19, 2009, following a detention hearing, the defendant was released on Pretrial Services Supervision with the following conditions of release:

- Report to Pretrial Services
- Enroll and complete detox and substance abuse treatment program as directed by Pretrial Services
- Undergo medical or psychiatric treatment if directed by Pretrial Services
- Maintain residence at a halfway house or community corrections center, as the Pretrial Services office or supervising officer considers necessary
- Refrain from any use of alcohol
- Refrain from unlawful possession of a narcotic drug or other controlled substances defined in 21 USC § 802, unless prescribed by a licensed medical practitioner
- Submit to random drug testing

On October 14, 2009, the Honorable Susan K. Gauvey modified the conditions of release to allow the defendant to reside at the home of his grandmother.

The defendant is pending trial in this matter. As of the writing of this report, no trial date has been set.

## APPARENT VIOLATION

Mr. Blue successfully completed a 28-day stay at the Right Turn detoxification and inpatient substance abuse treatment program September 14, 2009. The defendant was to attend outpatient aftercare at Right Turn on a weekly basis at his own expense and reside at his grandmother's

Re: Nathan Eugene Blue
Page 2
November 20, 2009

residence.

Mr. Blue reported to the pretrial services office on September 23, 2009, at which time this officer, reviewed and discussed his release conditions with him. At that time, he was provided reportimng instructions. Additionally, he was told to continue his aftercare substance abuse treatment at Right Turn. On the same date, the defendant submitted a urine sample which laboratory analysis confirmed the presence of codeine and morphine. Mr. Blue indicated he had taken his prescription Percoset. He was instructed to provide proof of the prescription.

Mr. Blue has failed to report as directed per his reporting schedule. He telephoned this officer on October 7, 2009, and advised he was unable to report because he was on the eastern shore of Maryland. On October 19, 2009, he advised he could not report due to influenza. On November 5, 2009, the defendant called and advised he was working within Baltimore, and he was instructed to report that day; however, he failed to do so. On November 9, 2009, a home contact was attempted at his residence, and his grandmother advised he was not there at the time. The pretrial officer called the defendant on November 9, and 13, 2009, but he has failed to return any of the telephone calls to the pretrial officer. On November 16, 2009, the defendant telephoned this officer and indicated he did not obtain the telephone messages left by this officer until now due to telephone problems. The defendant was verbally instructed to report the next day at 10:00 a.m. However, Mr. Blue failed to report as directed. On November 18, 2009, the defendant called the pretrial services officer, subsequently reported thereafter, and submitted a urine sample which tested positive for morphine and Oxycontin. Mr. Blue denied that he used illegal drugs, and the urine sample for laboratory testing (results are still pending). According to Right Turn aftercare, the defendant attended one session and was terminated from the program.

## SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION

The defendant's adjustment to supervision is viewed as unsatisfactory given his failure to advise Pretrial Services of his current whereabouts. He is also in violation of his reporting and substance abuse treatment requirements. An automated inquiry of the Criminal Justice Information System on November 16, 2009, revealed no new arrests or charges.

## RECOMMENDATION

Given the defendant's apparent violations, I respectfully recommend a prompt bail review hearing be scheduled.

cc:     The Honorable Susan K. Gauvey, United States Magistrate Judge
        Philip Senan Jackson, AUSA
        Gary Edward Proctor, Defense Counsel

**U.S. Probation and Pretrial Services**
# MEMORANDUM

**DATE:** December 2, 2009

**TO:** Philip Jackson
Assistant United States Attorney

**FROM:** Brian O'Connor
U.S. Pretrial Services Officer

**SUBJECT:** Nathan Eugene Blue
RDB 09-0263-2
**NOTICE OF APPARENT VIOLATION AND REQUEST FOR WARRANT**

## RELEASE STATUS

On August 17, 2009, the defendant appeared before the Honorable Susan K. Gauvey for an initial appearance, having been charged with: Conspiracy to Distribute Heroin in violation of 21 U.S.C. § 846, at which time he was held in detention pending a detention hearing. On August 19, 2009, following a detention hearing, the defendant was released on Pretrial Services Supervision with the following conditions of release:

- Report to Pretrial Services
- Enroll and complete detox and substance abuse treatment program as directed by Pretrial Services
- Undergo medical or psychiatric treatment if directed by Pretrial Services
- Maintain residence at a halfway house or community corrections center, as the Pretrial Services office or supervising officer considers necessary
- Refrain from any use of alcohol
- Refrain from unlawful possession of a narcotic drug or other controlled substances defined in 21 USC § 802, unless prescribed by a licensed medical practitioner
- Submit to random drug testing

On October 14, 2009, the Honorable Susan K. Gauvey modified the conditions of release to allow the defendant to reside at the home of his grandmother.

The defendant is pending trial in this matter which is set for January 25, 2009.

## APPARENT VIOLATION

On December 1, 2009, an automated inquiry of the Criminal Justice Information System (CJIS), revealed on November 24, 2009, the defendant was arrested in Baltimore for Unauthorized Removal of Property, Motor Vehicle/Unlawful Taking, and Theft: $1,000 to $10,000. The defendant is being held at the Baltimore City Detention Center on a $5,000 cash bond.

Re: Nathan Eugene Blue
Page 2
December 2, 2009

## SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION

The defendant's adjustment to supervision is viewed as unsatisfactory. Reference is made to the previous Notice of Apparent Violation which informed the Court the defendant failed to advise the Pretrial Services Officer of his current residential status. He also failed to report to the Pretrial Services Officer as directed and failed to attend substance abuse treatment appointments.

## RECOMMENDATION

Given the defendant's apparent violations, I respectfully recommend a warrant be issued and lodged as a detainer.

cc: The Honorable Susan K. Gauvey, United States Magistrate Judge
    Gary Edward Proctor, Defense Counsel