IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. RDB-09-0263** |
| **DONTE SUMMERS,** | * | |

* * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel for the defendant, Donte Summers, hereby move this Honorable Court to withdraw as counsel based on a conflict of interest, and in support of the motion allege as follows:

1. Mr. Summers is charged in a count indictment with conspiracy to distribute in violation of 21 U.S.C. § 841.

2. The Federal Public Defender was previously appointed to represent the defendant.

3. Since the appointment, a conflict of interest has arisen that requires the Federal Public Defender to withdraw as counsel for Mr. Summers.

WHEREFORE, it is respectfully requested that this Honorable Court allow the Federal Public Defender to withdraw as counsel and that substitute counsel from the Criminal Justice Panel be appointed to represent the defendant, Donte Summers.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
FRANKLIN W. DRAPER (#26316)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland  21201
(410) 962-3962
Fax:  (410) 962-0832
frank_draper@fd.org