# INMATE SKILLS DEVELOPMENT PLAN          Current Program Review: 05-21-2012



| | | | |
|---|---|---|---|
| **Name:** | BLUE, NATHAN EUGENE | **Institution:** | HERLONG FCI |
| **Register Number:** | 44395-037 | | P.O. BOX 900 |
| **Security/Custody:** | MEDIUM/IN | | HERLONG, CA 96113 |
| **Projected Release:** | 09-15-2014 / GCT REL | **Telephone:** | (530) 827-8000 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 10-19-2012 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 04-15-2013 | **FBI Number:** | 152669KA9 |
| **Age/DOB/Sex:** | 41 / 11-24-1970 / M | **SSN:** | 212085217 |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Desiree Awkward-Blue, wife<br>220 SO. SPRING CT.<br>BALTIMORE, MD 21231 | **Release Employer:**<br><br>**Contact** | [Name]<br>[Address]<br>[POC] |
| **Telephone:** | (443) 473-0816 | **Telephone:** | |
| **Primary Emergency Contact:** | CELESTINE BLUE-HINSON,<br>MOTHER<br>3701 HILLSDALE RD<br>BALTIMORE, MD 21207 | **Secondary Emergency<br>Contact:**<br>**Telephone:** | [POC]<br>[Address] |
| **Telephone:** | (443) 253-7091 | | |

**Mentor Information:**

| | |
|---|---|
| **Offenses/Violator Offenses:** | CONSPIRACY TO DISTRIBUTE HEROIN / |
| **Sentence/Supervision:** | 60 Months / 3 Years - 3559 PLRA Sentence |
| **Special Parole Term:** | No Special Parole Term |

| Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 06-25-2010 | 22 Months 26 Days / 47 Days / 0 Days | 235 / 108 / 0 | 0 / 0 / 0 | Parole Information not applicable |

**Detainers:** N
**Pending Charges:** None known

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT | $100.00 | $0.00 | RDB-1-09-CR-00263-002 / Maryland | FINANC RESP-COMPLETED |

| | | | | |
|---|---|---|---|---|
| **Financial Plan**<br>**Active:** N<br>**Financial Plan Date:** [Date] | **Comm Dep-6 mos:**<br>**Commissary**<br>**Balance:** | $1604.88<br><br>$45.72 | **Cost of Incarceration Fee:** | Waived based on inability to pay |

**Payments**
Commensurate:    Y
Missed:          N

| | |
|---|---|
| **Judicial Recommendations:** | FCI FORT DIX / RDAP / NONE |
| **Special Conditions of Supervision:** | Shall participate in a treatment program approved by the probation officer related to substance and/or alcohol abuse. Shall satisfacorily participate in a vocational or educational program. |
| **USPO Sentencing:** | William F. Henry, Chief<br>Maryland Probation Office<br>250 West Pratt Street Room 400 |
| **USPO Relocation:** | [POC]<br>[District]<br>[Street Address/Suite] |

| INMATE SKILLS DEVELOPMENT PLAN | PROGRAM REVIEW: 05-21-2012 |
|---|---|
| Name: **BLUE, NATHAN EUGENE** | RegNo: **44395-037** |

| | | | |
|---|---|---|---|
| Phone/Fax: | Baltimore, MD 21201-2423<br>410-962-4740 / 410-962-3304 | Phone/Fax: | [City], [State] [Zip]<br>[Phone] / [Fax] |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:** | Y | **DNA Required:** | Y - 04-14-2011 |
| • Past conviction for a crime of violence (state and federal) | | **Subject to Sex Offender Notifications:** | N |
| • Conviction for a drug trafficking crime (federal) | | **Treaty Transfer Case:** | N |

**Profile Comments:**

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| HER | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-26-2010 | CURRENT |
| HER | ESL HAS | ENGLISH PROFICIENT | 10-26-2010 | CURRENT |
| HER | ADV COMP P | ADVANCED COMPUTER TECH PM | 05-07-2012 | CURRENT |
| HER | CROCHET I | CROCHETING I (RPP6) | 04-10-2012 | CURRENT |
| HER | RDAP 7-11 | RDAP 7-11 A.M. | 02-28-2012 | CURRENT |

History

```
---------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
HER  ESL HAS    ENGLISH PROFICIENT          10-26-2010 1450 CURRENT
HER  GED HAS    COMPLETED GED OR HS DIPLOMA 10-26-2010 1449 CURRENT

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
HER RDAP  ADVANCED COMPUTER TECH PM   03-29-2012  CURRENT
HER RDAP  CROCHETING I (RPP6)         04-10-2012  CURRENT
HER RDAP  RDAP 7-11 A.M.              02-28-2012  CURRENT
HER RDAP  PIANO THEORY                01-15-2012  03-29-2012  P    C  P   30
HER RDAP  TYPING PM (12-1PM)          02-06-2012  03-29-2012  P    C  P   50
HER RDAP  VT COMPUTER TECH PM (RPP2)  01-23-2012  03-29-2012  P    C  M  120
HER RDAP  RDAP 8-11 A.M.              08-03-2011  02-28-2012  P    C  P    1
HER RDAP  VT CONS TRADES 12PM (RPP2)  07-07-2011  01-11-2012  P    C  M  160
```

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| HER | GEN MAINT3 | GEN MAINTENANCE 3 | 02-22-2012 | CURRENT |

History

```
FCL  ASSIGNMENT  DESCRIPTION                    START DATE/TIME  STOP DATE/TIME
HER  GEN MAINT3  GEN MAINTENANCE 3              02-22-2012 0840  CURRENT
HER  FACL ADMIN  FACILITIES ADMIN               02-21-2012 1427  02-22-2012 0840
HER  GEN MAINT4  GEN MAINTENANCE 4              05-04-2011 0001  02-21-2012 1427
HER  A&O COMPLT  A&O COMPLETED                  04-26-2011 1430  05-04-2011 0001
HER  A&O         A&O PARTICIPANT OR ENROLLED    04-13-2011 1419  04-26-2011 1430
DUB  UNASSG      UNASSIGNED - OTHER             04-12-2011 1536  04-13-2011 0826
VIP  UNASSGN     UNASSIGNED INMATES             04-07-2011 1324  04-12-2011 0619
OKL  UNASSG      UNASSIGNED HOLDOVER            03-30-2011 1900  04-07-2011 0925
BRO  UNASSG      UNASSIGNED WORK ASSIGNMENT     12-02-2010 2026  03-30-2011 0653
RBK  SHU UNASGN  SHU UNASSIGNED                 09-23-2010 1530  12-02-2010 1130
RBK  DINE RM.PM  DINE RM.PM                     08-26-2010 0001  09-23-2010 1530
RBK  F/S ORDRLY  F/S ORDRLY                     08-25-2010 0001  08-26-2010 0001
RBK  UNASSG      UNASSIGNED WORK DETAIL         08-20-2010 0001  08-25-2010 0001
RBK  F/S ORDRLY  F/S ORDRLY                     08-19-2010 0001  08-20-2010 0001
RBK  UNASSG      UNASSIGNED WORK DETAIL         08-17-2010 0001  08-19-2010 0001
RBK  A&O INST    INST ADMISSION & ORIENTATION   08-02-2010 0001  08-17-2010 0001
RBK  A&O UNIT    UNIT ADMISSION & ORIENTATION   07-29-2010 0710  08-02-2010 0001
CAA  H/O UNASSG  HOLD OVER UNIT                 07-19-2010 1831  07-29-2010 0141
```

# INMATE SKILLS DEVELOPMENT PLAN

**PROGRAM REVIEW: 05-21-2012**

Name: **BLUE, NATHAN EUGENE**

RegNo: **44395-037**

## DISCIPLINE DATA

History

DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| HER | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-13-2011 | CURRENT |

History

| SUB-FACL | ASSIGNMENT | CODE | MOVEMENT DESCRIPTION | DATE | TIME |
|---|---|---|---|---|---|
| HER RDAP | A-DES | 198 | TRANSFER RECEIVED | 07-12-2011 | 0919 |
| HER | A-DES | 319 | TRANSFER-DRUG ABUSE PROGRAM | 07-12-2011 | 0919 |
| HER | A-DES | 198 | TRANSFER RECEIVED | 04-13-2011 | 1419 |
| B23 | RELEASE | 391 | RELEASED FROM IN-TRANSIT FACL | 04-13-2011 | 1719 |
| B23 | A-ADMIT | 091 | ADMITTED TO AN IN-TRANSIT FACL | 04-13-2011 | 1126 |
| DUB DCU M | HLD REMOVE | 265 | HOLDOVER REMOVED | 04-13-2011 | 0826 |
| DUB DCU M | A-BOP HLD | 162 | HOLDOVER FOR INST TO INST TRF | 04-12-2011 | 1536 |
| B13 | RELEASE | 391 | RELEASED FROM IN-TRANSIT FACL | 04-12-2011 | 1836 |
| B13 | A-ADMIT | 091 | ADMITTED TO AN IN-TRANSIT FACL | 04-12-2011 | 0919 |
| VIP H/O | HLD REMOVE | 265 | HOLDOVER REMOVED | 04-12-2011 | 0619 |
| VIP H/O | A-BOP HLD | 162 | HOLDOVER FOR INST TO INST TRF | 04-07-2011 | 1324 |
| A01 | RELEASE | 391 | RELEASED FROM IN-TRANSIT FACL | 04-07-2011 | 1624 |
| A01 | A-ADMIT | 091 | ADMITTED TO AN IN-TRANSIT FACL | 04-07-2011 | 1025 |
| OKL M | HLD REMOVE | 265 | HOLDOVER REMOVED | 04-07-2011 | 0925 |
| OKL M | A-BOP HLD | 162 | HOLDOVER FOR INST TO INST TRF | 03-30-2011 | 1900 |
| A01 | RELEASE | 391 | RELEASED FROM IN-TRANSIT FACL | 03-30-2011 | 2000 |
| A01 | A-ADMIT | 091 | ADMITTED TO AN IN-TRANSIT FACL | 03-30-2011 | 0653 |
| BRO M | HLD REMOVE | 265 | HOLDOVER REMOVED | 03-30-2011 | 0653 |
| BRO M | A-BOP HLD | 162 | HOLDOVER FOR INST TO INST TRF | 12-02-2010 | 2026 |
| S38 | RELEASE | 391 | RELEASED FROM IN-TRANSIT FACL | 12-02-2010 | 2026 |
| S38 | A-ADMIT | 091 | ADMITTED TO AN IN-TRANSIT FACL | 12-02-2010 | 1130 |
| RBK | TRANSFER | 323 | TRANSFER-CLASSIF, CLOSE SUPV | 12-02-2010 | 1130 |
| RBK | A-DES | 101 | US DISTRICT COURT COMMITMENT | 07-29-2010 | 0710 |
| B01 | RELEASE | 391 | RELEASED FROM IN-TRANSIT FACL | 07-29-2010 | 0710 |
| B01 | A-ADMIT | 091 | ADMITTED TO AN IN-TRANSIT FACL | 07-29-2010 | 0141 |
| CAA H/O | HLD REMOVE | 265 | HOLDOVER REMOVED | 07-29-2010 | 0141 |
| CAA H/O | A-HLD | 165 | HOLDOVER, TEMPORARILY HOUSED | 07-19-2010 | 1831 |
| 9-L | RELEASE | 391 | RELEASED FROM IN-TRANSIT FACL | 07-19-2010 | 1831 |
| 9-L | A-ADMIT | 091 | ADMITTED TO AN IN-TRANSIT FACL | 07-08-2010 | 0935 |
| DSC ADMIN | ADMIN REL | 390 | ADMINISTRATIVE RELEASE | 07-08-2010 | 0835 |
| DSC ADMIN | A-ADMIN | 090 | ADMINISTRATIVE ADMISSION | 07-08-2010 | 0832 |

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| HER | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 10-21-2013 | CURRENT |
| HER | RPP NEEDS | RELEASE PREP PGM NEEDS | 03-16-2012 | CURRENT |
| HER | V94 PV | V94 PAST VIOLENCE | 08-06-2010 | CURRENT |
| HER | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 08-06-2010 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| HER | YES F/S | CLEARED FOR FOOD SERVICE | 08-17-2010 | CURRENT |
| HER | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-02-2010 | CURRENT |

## POSSIBLE CANDIDATE FOR RELEASE/SENTENCE REDUCTION

FILED
LOGGED
ENTERED
RECEIVED
JUN 04 2012
CLERK AT BALTIMORE
DIST. U.S. DISTRICT COURT
OF MARYLAND
DEPUTY

NAME: Nathan Blue         REG. NO. 44395-037

Current Federal Facility: F.C.I Herlong

All Prior Federal Facilities(for <u>this</u> term of incarveration):

F.C.I. RayBrook

Age: 41

Significant Health Problems: None

Education Programs Taken While Incarcerated(indicate if completed):

N/A

Substance or Alcohol Abuse Programs Completed. If you are eligible for RDAP, please indicate:

Currently in the RDAP program due to graduate in June 2012

Vocational Training Taken or Completed: _Carpentry (completed)_

_Beginner's Computers (completed)_

_Advanced Computers (currently taking)_


Any other programs or activities in which you have been involved while incarcerated:

N/A


Current Family Status:    Single ___    Married ✓    Divorced ___

Any major changes in your family's situation since your incarceration, including death or illness of close relatives:

_My step-daughter has had a blood clot which immobilized her right arm (because of swelling) for over a month, and my wife may be on the verge of losing her job due to time missed from work while attending to this situation._

Current Release Plans:

Where and with whom do you intend to reside upon your release:

Baltimore, Maryland   Kelvin Blue   729 Lyndhurst St. (uncle)

Employment or educational opportunities which would be available to you upon release or which you plan to pursue: Employment (I have automotive repair experience, home improvement experience, and I still have the equipment for carpet & upholstry cleaning

What kind of write-ups have you had and, if you were found guilty, what was the sanction imposed(disciplinary seg., loss of good time,etc.)?
If you lost good time, how much? Please include relevant date(s), if possible.


N/A

Have you been accused of anything that would be considered a violation(regardless of whether or not you actually committed the offense)?
Please include relevant date(s), if possible.


N/A

Do you have any parole/probation violation detainer? When will they expire?

_Not that I know of at this time._

Is there anything else you would like the Court to consider in making a sentencing decision?

-4-